IN THE
COURT OF CRIMINAL APPEAL
AUSTIN, TEXAS

82,885-02

AUGUST 13, 2015

CHRISTOPHER L. ANDERSON
#1956140
BRADSHAW STATE JAIL
P.O. BOX 9000
HENDERSON, TEXAS 75653

ABEL ACOSTA CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711.

DEAR CLERK:

PLEASE FIND ENCLOSED AN APPLICATION FOR ISSUANCE OF WRIT OF MANDAMUS PURSUANT TO TEXAS GOVERNMENT CODE § 22.221 (A)(B), TEX.C.C. PROC. ART. 4.04 §1, TEX. CONST. ART. 5 §5 UNDER MARTIN V. HAMLIN 25 S.W. 3d 718 (TEX. CRIM APP 2001) ALSO WITH INMATE DECLARATION, CERTIFICATE OF SERVICE FILED MARKED COPY OF 11.07 APPLICATION NOW PENDING THE RESPONDENT'S DISTRICT COURT CHALLENGE FOR OUT OF TIME APPEAL / INEFFECTIVE ASST. OF COUNSELOR.

SINCERELY
Christopher Anderson

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk

In The Court
Of Criminal Appeals
Austin, TX

August 13, 2015

Christopher L. Anderson
#1956140
Bradshaw State Jail
P.O. Box 9000
Henderson, Texas 75653

Abel Acosta Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Dear Clerk,

I wish to know was my 11.07 writ
of Habeas Corpus received for Cause Number 29095-29098.
I received State Answer to Cause Number 29099 but there
was five case with Indictment. I need Answer so I can
File a Pro Se Petition for Discretionary Review for
Some Problems within the Courts, Please in light me about
the Criminal Court of Appeals Answers to the Above Styled
and Numbered Cause.

Your Truly
Christopher Anderson

In The
Court of Criminal Appeals
Austin Texas

In Re: Christopher Lamont Anderson
#1956140 P.O. Box 9000
Bradshaw State Jail
Henderson, Texas 75653
Relator,

Vs.

Hon. Stephen Tittle Trial Judge
Joe Leonard Sitting/Sentence Judge
196th District Court of Hunt County
P.O. Box 1097
Greenville, Texas 75403-1097
Respondent.

APPLICATION FOR ISSUANCE OF A
WRIT OF MANDAMUS BY THE
COURT OF CRIMINAL APPEALS.
PURSUANT TO V.T.C.A. GOV'T.
CODE § 22.221 (A)(B)

To The Honorable Justices of the Court of Criminal Appeal:
Now comes the relator, Christopher Lamont Anderson
Prose. And do hereby invoke the jurisdiction of this court
of criminal appeals of Texas to issue a writ of mandamus
pursuant to Vernon's Ann. Texas C.C.P. Art. 4.04, § 1:
Vernon's Ann. Texas Constitution Art. 5 § 5, and set forth the
following reasons for issuance of a writ of mandamus
to-wit:

ON . . THE RESPONDENT'S COURT FILED RELATOR'S APPLICATION FOR WRIT OF HABEAS CORPUS UNDER ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE. SEE RELATOR'S ATTACHED EXHIBIT (A) FILED MARKED COPY OF THE 11.07 APPLICATION; HOWEVER. MORE THAN (40) DAYS HAS ELAPSED AND COUNTING AND NO ACTIONS HAS BEEN ADJUDICATED. RELATOR AVERS THAT THE RESPONDENT, HONORABLE STEPHEN TITTLE-TRIAL JUDGE / JOE LEONARD SITTING / SENTENCE JUDGE - NEW 196TH DISTRICT COURT JUDGE ANDREW BENCH AS DISTRICT JUDGES OF 196TH DISTRICT OF HUNT COUNTY, TEXAS HAS VIOLATED A DUTY IMPOSED ON HIM BY LAW UNDER ARTICLE 11.07 SEC. 3 (A)(B)(C) OF THE TEXAS CODE OF CRIMINAL PROCEDURE THAT REQUIRES THE 11.07 APPLICATION TO BEE ANSWERED BY THE STATE WITHIN (15) DAYS. AND THEN RULED UPON BY THE RESPON-DENT. DISTRICT COURT JUDGE WITHIN 20 DAYS IF THE STATE DOES NOT ANSWER THE WRIT; THEREAFTER, THE CLERK SHALL IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLI-CATION, ANY ANSWER FILED, AND CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE.

RELATOR, AVERS THIS APPLICATION FOR ISSUANCE OF A WRIT OF MAN-DAMUS COMPELLING RESPONDENT TO ACT UPON HIS 11.07 WRIT OF HABEAS CORPUS "IS NOT" A DISCRETIONARY ACT, BUT COMPELLING A MINISTERIAL ACT, A DUTY IMPOSED ON THE RESPONDENT BY LAW UNDER ARTICLE 11.07 SEC. 3 (A)(B)(C); THEREFORE, RELATOR IS ENTITLED TO THE ISSUANCE OF THE WRIT OF MANDAMUS COMPELLING THE RESPONDENT TO ACT UPON THE 11.07 APPLICATION PENDING IN HIS COURT AND LOEL TRANSMIT THE RECORDS TO THIS COURT AS LAW AND JUSTICE REQUIRES. MARTIN V. HAMLIN 25 S.W. 3d 718 (TEX. CRIM. APP. 2000); MC CREE V. HAMPTON 824 S.W. 2d 578, 579 (TEX. CRIM. APP. 1992); STATE EX REL. HILL V. COURT OF APPEALS FIFTH DISTRICT, 34 S.W. 3d 924, 927 (TEX. CRIM. APP. 2000). RELATOR IS ALSO ENTITLED TO EXHAUST STATE REMEDIES.

WHEREFORE, FOR THE REASONS AND CITATIONS OF LEGAL AUTHORITY STATED HEREIN THIS APPLICATION FOR WRIT OF MANDAMUS. RELATOR PRAYS THAT THIS COURT WILL ISSUE A WRIT OF MANDAMUS COMPELLING THE RESPONDENT TO ADJUDICATE THE APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS AND WILL TRANSMIT THE RECORDS WITH THE 11.07 APPLICATION TO THIS COURT.

RESPECTFULLY SUBMITTED,

Christopher Anderson

CHRISTOPHER L. ANDERSON
#1956140 P.O. BOX 9000
BRADSHAW STATE JAIL
HENDERSON, TEXAS 75653

## INMATE DECLARATION

I, CHRISTOPHER LAMONT ANDERSON #1956140, DECLARE UNDER THE PENALTY OF PERJURY V.T.C.A. § 132.001-003 THAT THE FOREGOING APPLICATION FOR ISSUANCE OF A WRIT OF MANDAMUS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE THIS 13TH DAY OF AUGUST 2015.

CHRISTOPHER L. ANDERSON
#1956140

## CERTIFICATE OF SERVICE

I, CHRISTOPHER LAMONT ANDERSON #1956140, DECLARE UNDER THE PENALTY OF PERJURY V.T.C.A. § 132_001—003 THAT A COPY OF THE FOREGOING APPLICATION FOR ISSUANCE OF WRIT OF MANDAMUS HAS BEEN SERVED ON THE RESPONDENT AT: HON. ANDREW BENCH 196TH DISTRICT JUDGE HUNT COUNTY, TEXAS. PO BOX 1079 GREENVILLE TEXAS 75403-1079. POSTAGE PAID BY ME THIS 13TH DAY OF AUGUST 2015

CHRISTOPHER L. ANDERSON
#1956140